PROB 12A  
(7/93)

Report Date: December 30, 2005

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*



| | |
|---|---|
| Name of Offender: Lori Jeanne Sullivan | Case Number: 2:03CR00240-001 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

| | |
|---|---|
| Date of Original Sentence: 06/30/2004 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Manufacture, Deal In, and Pass Counterfeit Currency, 18 U.S.C. §§ 471, 472 and 473 | Date Supervision Commenced: 08/21/2005 |
| Original Sentence: Prison - 18 months; TSR - 36 months | Date Supervision Expires: 08/20/2008 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1-3 | **Mandatory Condition #4:** The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Special Condition # 17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer. |
| | **Supporting Evidence Violations #1-3:** Lori Sullivan is considered in violation of her supervised release in the Eastern District of Washington by failing to appear for urinalysis testing as directed on November 2, 14, and December 19, 2005. |
| | Effective August 22, 2005, Ms. Sullivan was placed on random urinalysis phase testing. On November 2, 2005, she failed to appear for testing at Iverson Center. She spoke with this officer 1 week later indicating she was unaware she missed a urinalysis test. |
| | On November 14, 2005, Ms. Sullivan failed to report for testing. The following day she reported to the probation office where she submitted a urinalysis. This sample tested negative for controlled substances. Ms. Sullivan indicated she forgot to contact Iverson Center. Ms. Sullivan was warned that the two missed urinalysis are not excused. Ms. Sullivan was warned that based on these unexcused urinalysis submissions, probation would extend her involvement in the urinalysis testing program. |

Prob12A
Re: Sullivan, Lori Jeanne
December 30, 2005
Page 2

On December 19, 2005, Ms. Sullivan failed to submit to urinalysis testing as directed. Ms. Sullivan reported to the probation office on the following day and admitted that she again forgot again about her testing requirement. She was directed to report to New Horizons where she will receive a substance abuse evaluation and follow all recommended treatment. This is based on probation's concern of possible illicit drug abuse/use.

**U.S. Probation Officer Action:**

Since this offender was referred for a substance abuse evaluation and directed to continue involvement in the urinalysis testing program, the probation office would recommend no further action be taken. However, if she continues to not appear for required urinalysis testing the Court will be informed.

Respectfully submitted,

by

Missy K. Kolbe
U.S. Probation Officer
Date: December 30, 2005

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Signature of Judicial Officer

1/5/2006
Date