PROB 12C
(7/93)

Report Date: June 1, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 8 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lori Jeanne Sullivan          Case Number: 2:03CR00240-001

Address of Offender: 2522 W. Dell Drive, Spokane, WA 99208

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Judge

Date of Original Sentence: 06/30/2004

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Manufacture, Deal In, and Pass Counterfeit Currency, 18 U.S.C. § 371 | | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: 8/21/2005 | |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: 8/20/2008 | |

---

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on February 24, 2006.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number          Nature of Noncompliance

2          **Special Condition # 17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

**Supporting Evidence:** Ms. Sullivan is considered in violation of her supervised release for using cocaine on or about May 17, 2006.

On May 17, 2006, Ms. Sullivan submitted a urinalysis sample at Second Chance-Iverson Center, which tested presumptively positive for cocaine. The sample was sent to Scientific Testing Laboratories, where it was confirmed positive for the presence of cocaine on May 23, 2006.

Prob12C
**Re: Sullivan, Lori Jeanne**
**June 1, 2006**
**Page 2**

Respectfully submitted,

by

Samuel Najera
U.S. Probation Officer

Sworn to before me, and subscribed at Spokane, Washington

4-5-06

U. S. Magistrate Judge Cynthia Imbrogno          Date

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Other

Signature of Judicial Officer

June 7 2006

Date